UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HASTINGS AUTOMOTIVE, INC., a Minnesota corporation, HASTINGS CHRYSLER CENTER, INC., a Minnesota corporation; and DOUGLAS W. ERICKSON, a Minnesota resident,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States Department of Health and Human Service; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THOMAS PEREZ, in his official capacity as Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; JACOB LEW, in his official capacity as Secretary of the United States Department of the Treasury; and UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Civil No.: 14-265 (PAM-JJG)<br><br><br><br>**ORDER** |

This Matter is before the Court on Plaintiffs' Renewed Motion for Preliminary Injunction. Defendants do not oppose the Motion. Accordingly, based on the Motion, **IT IS HEREBY ORDERED that**:

    1.    Plaintiffs' Renewed Motion for a Preliminary Injunction (Docket No. 28) is **GRANTED**; and

    2.    Defendants are preliminarily enjoined, until thirty days after the mandate issues from the Supreme Court of the United States in <u>Sebelius v. Hobby Lobby Stores,</u>

Inc., No. 13-354, and Conestoga Wood Specialties Corp. v. Sebelius, No. 13-356, from enforcing the contraceptive coverage requirement under 42 U.S.C. § 300gg-13(a)(4) (the "Mandate") and its implementing regulations, published at 76 Fed. Reg. 46621-46626 (August 3, 2011) (interim final rules) and 77 Fed. Reg. 8725-8730 (Feb. 15, 2012) (final rules), against Plaintiffs, and against any health insurance issuer when offering any group health insurance coverage to Plaintiffs without coverage for "[a]ll Food and Drug Administration approved contraceptive methods, sterilization procedures, and patient education and counseling for all women with reproductive capacity."  See HRSA, Women's Preventive Services: Required Health Plan Coverage Guidelines, available at http://www.hrsa.gov/womensguidelines/ (August 1, 2011).

Dated: May 28, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge