IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HASTINGS AUTOMOTIVE, INC., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KATHLEEN SEBELIUS, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 0:14-cv-00265-PAM |

**STIPULATION FOR ENTRY OF JUDGMENT**

In light of the decision by the United States Supreme Court in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties stipulate and agree that judgment may be entered in favor of Plaintiffs and against Defendants on Count I of the Complaint in the form of the Order for Injunction and Judgment attached to this Stipulation as Exhibit 1.

Respectfully submitted this 9th day of December, 2014,

| | |
|---|---|
| */s/ Kathryn M. Nash* <br> Kathryn M. Nash (MN Bar No. 0312496) <br> Meghann F. Kantke (MN Bar No. 0391270) <br> Pamela Kovacas (MN Bar NO. 0394817) <br> Volunteer Attorneys, Liberty Institute <br> 80 South Eighth Street, Suite 500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 632-3000 <br> Facsimile: (612) 632-4444 <br> kathryn.m.nash@gmail.com <br> mekantke@gmail.com <br> pamelajkovacas@yahoo.com <br><br> Jeff Mateer (TX Bar No. 13185320) <br> General Counsel, Liberty Institute <br> Jeremiah Dys (WV Bar No. 9998) <br> Senior Counsel, Liberty Institute <br> 2001 Plano Parkway, Suite 1600 | JOYCE R. BRANDA <br> Acting Assistant Attorney General <br><br> KATHLEEN R. HARTNETT <br> Deputy Assistant Attorney General <br><br> ANDREW M. LUGER <br> United States Attorney <br><br> JENNIFER RICKETTS <br> Director, Federal Programs Branch <br><br> SHEILA M. LIEBER <br> Deputy Director, Federal Programs Branch <br><br> */s/ Bradley P. Humphreys* <br> BRADLEY P. HUMPHREYS <br> VA Bar No. 83212 |

Plano, Texas 75075
jdys@libertyinstitute.org
jmateer@libertyinstitute.org

*Attorneys for Plaintiffs*

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7108
Washington, DC 20001
Telephone: (202) 514-3367
Facsimile: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

*Attorneys for Defendants*